# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| KENT GROUP PARTNERS, LLC | ) | CASE NO. 1:22-CV-01334 |
| | ) | |
| | ) | JUDGE CHARLES E. FLEMING |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CITIZENS BANK, NATIONAL ASSOCIATION, | ) | |
| | ) | |
| | ) | **JUDGMENT ENTRY** |
| Defendant. | ) | |

For the reasons stated in the contemporaneously filed Memorandum Opinion and Order, this action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

**Dated: August 21, 2023**

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**

1